UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYSHON D. LAWS,

    Plaintiff,

v.

TRANSITIONAL CENTER, INC.,

    Defendant.

Case No. 25-cv-1302-JPG

## JUDGMENT

This matter having come before the Court and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for lack of jurisdiction.

**DATED:  December 9, 2025**          **MONICA A. STUMP, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**